UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:25-cr-00013-JPH-3 |
| | ) | |
| Plaintiff, | ) | Judge Jeffery P. Hopkins |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL |
| JORDAN FRANCISCO | ) | |
| QUIROGA SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

Attorney Erik W. Laursen, appointed CJA counsel for Defendant Jordan Francisco Quiroga Sanchez, respectfully moves this Court to permit him to withdraw from representation in this case. In support of this Motion, counsel states that good cause exists to support his withdrawal.

Counsel has accepted a position in the Law Department of the City of Cincinnati and will be concluding his litigation practice with his current firm. As such, Counsel will not have the necessary insurance to continue representation in this matter. Counsel has advised the attorney for the United States as well as Defendant of his intent to withdraw. There is no objection to this Motion. This Motion is not being made for the purpose of delay.

Accordingly, Counsel respectfully requests the Court grant this motion to withdraw and appoint replacement counsel for Defendant.

Respectfully submitted,

/s/ Erik W. Laursen
Erik W. Laursen (0079345)
LAURSEN, COLLIVER & MELLOTT | ATTORNEYS AT LAW
Attorney for Defendant
2055 Reading Road, Suite 260
(513) 457-5545 | F: (513) 457-5544
erik@otrlawyers.com

CERTIFICATE OF SERVICE

    I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will notify the attorneys of record of such filing.

/s/ Erik W. Laursen