UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:25-cr-00013-JPH-3 |
| | ) | |
| Plaintiff, | ) | Judge Jeffery P. Hopkins |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | WITHDRAW AS COUNSEL |
| JORDAN FRANCISCO | ) | |
| QUIROGA SANCHEZ | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw as Counsel for Defendant Jordan Francisco Quiroga Sanchez by attorney Erik W. Laursen. For good cause shown, the Motion to Withdraw is GRANTED and attorney Erik W. Laursen is TERMINATED as counsel for Defendant Sanchez. The Court hereby APPOINTS _____ to represent Defendant Sanchez in this cause pursuant to 18 U.S.C. § 3006A.

**SO ORDERED.**

**DATED** this _____ day of March, 2025.

_____
**THE HONORABLE JEFFERY P. HOPKINS
JUDGE, UNITED STATES DISTRICT COURT**

cc:     Counsel of Record