UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | : |
| v. | : Case No. 1:25-cr-00013-JPH-3 |
| JORDAN FRANCISCO QUIROGA SANCHEZ, | : Judge Jeffery P. Hopkins |
| *Defendant*. | : |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on Attorney Erik Laursen's Motion to Withdraw as Counsel (Doc. 48) (the "Motion"). Finding good cause exists, the Court hereby **GRANTS** the Motion and **TERMINATES** Attorney Erik Laursen as counsel in this case. The Court hereby **APPOINTS** Angela Glaser to represent Defendant Sanchez, pursuant to 18 U.S.C. § 3006A.

**IT IS SO ORDERED.**

Dated:  April 1, 2025

Hon. Jeffery P. Hopkins
United States District Judge