IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | Case No. 1:25-cr-13 |
| v. | Judge Jeffery P. Hopkins |
| SERGIO ANDRES ORTEGA CABELLO (1),<br>BASTIAN ALEJANDRO ORELLANA MORALES (2),<br>JORDAN FRANSICO QUIROGA SANCHEZ (3), | |
| *Defendants*. | |

## ORDER

This matter came before the Court for a telephonic status conference on November 12, 2025, at 3:00 p.m. Counsel for the Government and counsel for the Defendants were present. The parties advised the Court that plea negotiations remain ongoing. The parties requested a brief continuance in order to further plea negotiations and for additional time to review the anticipated production of new discovery. The parties agreed to a telephonic status conference on December 18, 2025, at 10:00 a.m. There were no objections to the speedy trial clock being tolled through the date of that status conference.

The Court is satisfied that counsel are exercising due diligence in this matter, but the parties must be permitted additional time to either negotiate a plea agreement or prepare for trial. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendants in a speedy trial, as failure to grant the continuance would prevent the parties from engaging in meaningful plea negotiations and

thus would likely lead to a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (B)(iv); *see also United States v. White*, 920 F.3d 1109, 1116 (6th Cir. 2019).

Based on the foregoing, the Court **GRANTS** the continuance and also finds the period of time elapsing from November 12, 2025 until December 18, 2025 is properly, and shall be, excluded from the speedy trial calculation.

**IT IS SO ORDERED.**

November 13, 2025

Jeffery P. Hopkins
United States District Judge